IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| | ) | |
| v. | ) | 1:20-mj-533-RDC |
| | ) | 1:12-CR-284-RWS |
| | ) | |
| RAHKEEM BUTLER | ) | |
| | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Now come the undersigned counsel, the Federal Defender Program, Inc.
through attorneys Vidhi S. Joshi and Nicole M. Kaplan, and hereby move this Court
to permit them to withdraw as counsel in the above-styled case.  Counsel, in their
capacity as staff attorneys with the Federal Defender Program, Inc., were appointed
to represent Mr. Butler on June 30, 2020 on the new charge alleged in the complaint
in 1:20-mj-533-RDC and on July 10, 2020 on the revocation of supervised release
proceedings in 1:12-CR-284-RWS.

Unfortunately, counsel have developed a conflict that prevents them from
continuing to represent Mr. Butler. Accordingly, counsel respectfully request that
the Court permit them to withdraw and appoint new counsel to represent Mr. Butler
in both above-captioned matters.

WHEREFORE, the undersigned requests that the Court grant this Motion to

Withdraw as Counsel.

Dated:  This 21st day of July, 2020.

              Respectfully submitted,

              /s/ Nicole M. Kaplan
              NICOLE M. KAPLAN
              Georgia Bar No. 382495
              Attorney for Mr. Butler

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing filing was formatted in Times New Roman 14 pt., in accordance with Local Rule 5.1B, and was electronically filed this day with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorney(s) of record.

A copy has also been provided by first class mail to:

Mr. Rahkeem Butler
Robert Deyton Detention Center

Dated: This 21st day of July, 2020.

/s/ Nicole M. Kaplan
NICOLE M. KAPLAN
Georgia Bar No. 382495
Attorney for Mr. Butler

FEDERAL DEFENDER PROGRAM, INC.
Suite 1500, Centennial Tower
101 Marietta Street, N.W.
Atlanta, Georgia 30303
(404) 688-7530
Nicole_Kaplan@fd.org

3